UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**YENNISER GARCIA BALLAT and
ANNIA COLLADO, on behalf of
herself and all others similarly
situated**

        **Plaintiffs,**

V.                                    Case No:  2:12-CV-29-FtM-UASPC

**FMA HOSPITALITY LP 1,**

        **Defendant.**

_____/

## **ORDER**

This matter comes before the Court on Notice of Settlement (Doc. #28) filed on May 18, 2012.  The Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable settlement of a bona fide dispute" over FLSA issues. Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).  Therefore, the Court directs the parties to submit the settlement information for review in a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now **ORDERED:**

The Plaintiff is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(1) The Motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim.

(2) The Plaintiff shall provide the Court with said information on or before **June 10, 2012.**

**DONE** and **ORDERED** in Fort Myers, Florida this 21st Day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record